U.S. MAGISTRATE JUDGE - N.D. OF N.Y.
RECEIVED
MAY - 1 2007
AT_____ O'CLOCK_____
Hon. Gustave J. DiBianco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ORDER -pg 2

------------------------------------------------

EBF MANUFACTURING LIMITED,

        Plaintiff,

-vs-

CAMEO FENCING, INC.,

        Defendant.

------------------------------------------------

Civil Action No.
7:06-CV-1377[TJM/GJD]

**STIPULATION OF DISCONTINUATION OF ACTION WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the plaintiff, EBF Manufacturing Limited, in consideration of the following terms, hereby agrees to discontinue the above-entitled action and waive any claims for prior damages as against the defendant, Cameo Fencing, Inc., without prejudice to re-initiate the action if and only if the following terms and conditions are violated:

**Terms and Conditions:**

1. Defendant Cameo Fencing, Inc. represents that it has removed from its advertising materials, including internet websites, any representation that it offers to sell and/or sells electric fences or electric fencing products under the name "AgriBraid". It is further agreed that the defendant will not in the future initiate such advertising.

2. Defendant Cameo Fencing, Inc. does not presently and will not in the future offer for sale an electric fence product under the name "AgriBraid", does not and will not in the future

offer for sale materials protected under United States Letters Patent No. 6,341,550 entitled "Electrobraid Fence".

It is further agreed that plaintiff EBF Manufacturing Limited, in consideration of this Stipulation, and effective as of the signing of the Stipulation by counsel, hereby waives any and all claims for past damages, and any other form of relief, from any time in the past.

It is further agreed that this discontinuation of the action will be without costs to either party and it is further agreed that it shall become effective as of the date and time "so ordered" by this Court.

DATED: 4/30, 2007        DATED: 4/30, 2007

**SMITH SOVIK KENDRICK & SUGNET, P.C.**   **ANTONUCCI LAW FIRM, LLP**

By: *James D. Lantier*
James D. Lantier, Esquire
Bar Roll No. 102877
Attorneys for Plaintiff
EBF Manufacturing Limited
250 South Clinton Street
Syracuse, New York 13202
(315) 474-2911

By: *David P. Antonucci*
David P. Antonucci, Esquire
Bar Roll No. 101041
Attorneys for Defendant
Cameo Fencing, Inc.
12 Public Square
Watertown, New York 13601
(315) 788-7300

**SO ORDERED:**

*G/ DjBianco*  5/1/07

**HONORABLE GUSTAVE J. DiBIANCO
UNITED STATES MAGISTRATE JUDGE**